To : Texas Court of Criminal Appeal
     P.O. Box 12308 , Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

From : Eric Flores , pro se relator
     General Delivery , 8401 Boeing Dr.,
     El Paso Texas 79910

Date : November 10 , 2015

Re : Judicial Notice of Leave of Appellate Court before Judgement
is entered to Proceed to the United States Supreme Court

To The Texas Court of Criminal Appeals Clerk ,
Enclosed is a Judicial Notice of Leave of the Texas Court of
Criminal Appeals before Judgement is entered to proceed to the
United States Supreme Court because the circumstances of this
case are of imperative importance to the public interest of health
and safety to require the higher appellate court simmediate
attention.
Further the enclosed judicial notice is seeking relief from
imminent danger such as death in the public interest of health
and safety.
Please be advised that I am proceeding informa informa pauperis
and prose without the financial ability to be able to pay for the
necessary copies to be able to file the enclosed judicial notice and
the attached documents as required by the rules of the appellate
court which means that I only have the financial ability to only
send the appellate clerk one copy of the enclosed documentation
due to my indigencies.
The appellate clerk does not have the discretion to refuse to file
the enclosed documentation that is seeking releif from imminent
danger such as death solely because it does not comply with the
rules of the court such as fileing the necessary copies which the
relator can not produce because of his indigencies.
The appellate clerk must fiel the enclosed judicial notice that is
seeking relief from imminent danger such as death to be reviewed
by the appellate panel whom shall only have the discretion to
determine if the enclosed judicial notice should be returned to its

sender to correct the noted deficiencies or too adjudicate the enclosed judicial notice by the constitutional requirement of due process of law.

Please do not return the enclosed legal documentation that is seeking relief from imminent danger such as death without it being reviewed by the appellate panel.

Thank you for your courtesy,

Respectfully Submitted,

Eric Flores , pro se relator
General Delivery , 8401 Boeing Dr.,
El Paso Texas 79910